FILED
MAR - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05cr01 KAJ

3/02/05   page 1

Mr Brose, Pursuant to Federal Rule of Criminal Procedure 16, Brady v. Maryland, 373 U.S. 83 (1963) And Giglio v. United States, 405 U.S. 150 (1972), I request that you provide me with the following by way of discovery:

(1) The date, time And location of each And every alleged offense, including relevant conduct.

(2) Copies of Any And all written statements, confessions, or admissions of the defendant, including transcripts of recorded statements, indicating the date, time And locations where the statement was made And the names of the law enforcement agents And/or officers who where present.

(3) The substance of Any oral statements made by the defendant, including access to the original tape of Any Audio or video tape-recorded statement As well As photocopies of Any handwritten notes taken by Any law enforcement Agent And/or officer present during the defendant's giving of oral statement, indicating the date, time And location of the oral statement And the Agent's And/or officers present, as well as, that portion of Any written record including Any written reference which would provide Some means for the prosecution And defense to identify the ~~whereabouts (whether executed or inexact tape in this matter)~~ Statements, containing the substance of Any relevant oral statement by the defedent.

(4) These portions of Any pretrial statements And/or Grand Jury testimony of prospective Government witnesses which contain

CC: File

3/02/05   page 2

statements attributable to the defendant, either declarations of the defendants or vicarious declarations imputed to the defendant under the Federal Rules of Evidence, e.g., statements of co-conspirators.

(4) Information with respect to the prior federal and/or state arrest and conviction record of the defendant, including specifically any prior convictions that would trigger enhanced or mandatory penalties or potential habitual offender status in the event of conviction on the pending charge.

(5) Information on any other criminal charges or investigations now pending with respect to the defendant.

(6) Reports of physical or mental examinations of the defendant by a physician, dentist, psychiatrist or psychologist in regards to the defendant.

(7) Information regarding any identification procedures, any identifications made of the defendant, any misidentification or failure to identify by any government witnesses.

(8) Reports of any and all forensic or scientific test with respect to this case or related investigation conducted by the police, medical examiner, FBI, DEA, SBI, prosecution or experts retained for those purposes.

(A) A written summary of any expert testimony intended for use at trial pursuant to Federal Rules of Evidence 702, 703, or 705, which will include, but will not be limited to, the witness'(es) opinions, basis and reasons and qualifications.

(9) A listing of and opportunity to inspect all book, papers, documents

cc: File

3/02/05 page 3

And any other physical evidence which were seized from the defendant or which the Government intends to use against the defendant at trial.

(10) An opportunity to Review all photographs, videotapes, Audiotapes (including but not limited to any 911 calls), any magnetic record tapes, maps, diagrams, and charts in the possession of the government relating to this matter.

(11) Copies of all applications for, Returns from and Affidavits in support of all Search warrants (whether executed or inexactitude in this matter.

(12) Copies of all Arrest warrants in this matter, including supporting Affidavits, and disclosures of the date, time, place, and Arresting officer(s) with respect to any warrantless Arrest.

(13) Disclosure of any and all uses of a pen register (a dialed number recorder) and of interception of telephone communications and transcripts of communications.

(14) Disclosure of the nature of evidence, pursuant to Federal Rule of Evidence 404(b) which the Government intends to introduce at trial.

(15) Disclosure of any criminal Record/juvenile Adjudication of prosecution witnesses in any jurisdiction.

(16) Disclosure of the identity of any and all informants who participated in the investigation of this matter.

(A) Any drug or Alcohol use by witnesses and/or informants

(B) Any drug/alcohol use by witnesses and/or informants

CC: File

3/02/05   pag 4

At the time of the incident(s) charged thereafter;
(C) Any information that any prosecution witness suffers from mental illness.

(17) Disclosure of any and all agreements (benefits, promises or statement that a benefit would not be provided without cooperation) in any form, between any agent of the Goverment and any witnesses, accessory, principal or accomplice (whether charged or not) including whether such individual has been or will be promised transactional or use immunity from prosecution or any other consideration in return for ~~testimony~~ testimony.

(18) Disclosure of statements, interviews, reports or other information relating to the credibility of any prosecution witness, including, but not limited to, inconsistent statements, reports, prior testimony, evidence of bad character and specific acts of dishonesty. Admissible, not only for conventional impeachment, but also under Federal Rule of Evidence 806.
(A) All handwritten notes of Government Agents with respect to interviews conducted in this investigation including, but not limited to the handwritten notes prepared by agents who interviewed the defendant as requested in paragraph (2) of this discovery request.

(19) An opportunity, pursuant to Jencks v. U.S., 353 U.S. 657 (1957), to review reports and statements, whether written or recorded, made by persons who will testify at trial, regardless of whether the individual will use the statement or report to prepare the examination.

CC: File

3/2/05    page 5

I would like to review the above requested materials No soon later than 3/09/05. Before the up coming Pretrial motions. I look forward to recieving the requested material as soon as possible so I may be able to prepare a proper defense, to keep from causing any unecessary delay. I am also forwarding copys of this letter to the District Court for their records as well as mine.

P.S. Will I be availible during my Pretrial-Motion hearing or will the hearing take place without my presence? If I am not able to attend the above hearing I am requesting the opportunity to review and discuss copys of all pretrial motions being submitted on my behalf. I have a great interest on what motions are being filed.

Sincerely

Daimyon Gibbs

CC: Fil.