05CR01KAJ

Name: Daimyon A Gibbs/Defendant
Address: Salem Correctional Facility
125 Cemetary RD
Woodstown NJ 08098

FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attorney Name: James F. Brose, esq
Address: 206 South Avenue
Third Floor
Media, PA 19063

Date of Notice: 8th day of March. 05

## Notice

Dear, Honorable Judge Jordan,

Please be advised that the Above-Named defendant has requested in writing. For the immediate Removal of Assigned Counsel. And respectfully seeks the Honorable said Court to be granted Appointment of New representation.
The defendant Mr. Gibbs, states as follows:

1) If I proceed any further with assigned counsel that he would be unable to Aduquately Accomplish an impartial trial.

2) At the present time I'm unable to properly prepare a diligent defense, due to the fact that I have not Recieved my Discovery or Anyother paperwork as promised. With upcoming Pretrial Motions coming up on 3/17/05. And to this date I haven't

Recieved any paperwork and was denied postponement by legal counsel.

3) Counsel has not given me ample time to look at paperwork and discuss possible motions with him.

4) Counsel denied my right for me to see Audio, video, tapes concerning my case. Counsel said he would send me a letter of what he saw

5) In my effort to find another counsel threw my family I was able to get in contact with Penny Marshal of the Federal Public Defenders office. And I feel as though she will put me in a better position with her legal representation. I pray to the Honorable Court you will grant me with this request.

Thank you in advance for your time and consideration in regard to the matter herein.

Respectfully Submitted
Daimyon Gibbs / Defendant

Notice to:
Attorney: James F. Brose, esq
Honorable Judge Jordan.