IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-01-KAJ |
| | ) | |
| DAIMYON GIBBS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A hearing on defendant's request for appointment of new counsel (D.I. 20)

will be heard on **March 29, 2005** at 2:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb

Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

Dated:    March 11, 2005
Wilmington, Delaware