COPY

FILED
MAR 11 4 37 PM '05
DISTRICT OF DELAWARE

2005 FEB 16 PM 12: 01
CLERK US...
DISTRICT...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                          Criminal Action 05-01

DAIMYON A. GIBBS
Defendant,

### ORDER FOR RETURN OF BAIL

On January 13, 2005, Ellen Ingram Palmer posted $5,000.00 as collateral for bail. On February 14, 2005 bail was revoked and the defendant was ordered detained and placed in the custody of the U.S. Marshal Service pending the trial of the defendant for the violations with which the defendant has been charged.

IT IS HEREBY ORDERED that the Clerk of this Court return the $5,000.00, plus accrued interest to Ellen Ingram Palmer.

Date: February 15, 2005

_____
United States Magistrate Judge

RECEIVED CHECK # 1038   ON   3-5-05           Ellen Ingram Palmer
                              DATE                    SIGNATURE