IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-01-KAJ |
| ) | |
| DAIMYON GIBBS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The court, having heard defendant's request for new counsel (D.I. 20),

IT IS HEREBYORDERED that

1.  Defendant's request for appointment of new counsel (D.I. 20) is DENIED;

2.  Defendant's request for an extension of time to file pretrial motions is GRANTED. Defendant shall file said motions no later than April 12, 2005.

3.  The court finding that this continuance is in the interest of justice, the time period between this Order and April 12, 2005 shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

Dated:   March 30, 2005
Wilmington, Delaware