IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO.05-01 |
| | : | |
| DAMIEN GIBBS | : | |

<u>ORDER</u>

AND NOW this _____ day of _____, 2005, upon Defendant's Motion to Suppress Evidence and following an evidentiary hearing thereon, it is hereby ORDERED that all evidence seized from Defendant's vehicle after his arrest on December 22, 2004, and all evidence seized from the residence at 505 Burton Village Apartments on December 22, 2004 shall be suppressed and excluded from evidence at the trial of the defendant.

By the Court:

_____
J.