**BROSE LAW FIRM**
206 SOUTH AVENUE
THIRD FLOOR
MEDIA, PA 19063

PHONE (610) 891-1989
FAX (610) 891-1165
EMAIL jfbrose@juno.com

E. JEROME BROSE
JAMES F. BROSE*

*MEMBER PA AND NY BARS

1101 NORTHAMPTON STREET
EASTON, PA 18042

PHONE: (610) 258-2377
FAX: (610) 258-8363

May 23, 2005

Hon. Kent A. Jordan
U.S. District Court
844 King Street
Room 6325, Lockbox 10
Wilmington, DE  19801

    re:    <u>U.S.A. v. D. Gibbs</u>
             <u>No. 05-01</u>

Dear Judge Jordan:

    As I indicated to Ms. Stein, Mr. Gibbs is withdrawing his motion to suppress in the above-referenced matter. Accordingly, there is no need for a hearing on May 25th. If you have any questions or need additional information, please contact me.

                    Sincerely,

                    James F. Brose

JFB/df