IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-01-KAJ |
| | ) | |
| DAIMYON GIBBS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1.     A Rule 11 hearing has been scheduled for **June 10, 2005 at 9:30 a.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

2.     The time between May 25, 2005 and the date of the change of plea hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

UNITED STATES DISTRICT JUDGE

June 2, 2005
Wilmington, Delaware