IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : |
|---|---|
| v. | : Cr. A. No. 05–01-KAJ |
| DAIMYON GIBBS | : |

# INFORMATION

The United States Attorney for the District of Delaware charges that:

**COUNT I**

On or about December 22, 2004, in the District of Delaware, DAIMYON GIBBS, defendant herein, did knowingly possess with the intent to distribute more than five grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 10 JUNE 2005