IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 05–01–KAJ |
| | : | |
| DAIMYON GIBBS | : | |

## MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss the indictment without prejudice.

COLM. F. CONNOLLY
United States Attorney

BY: _____
David L. Hall
Assistant United States Attorney

Dated: 10 JUNE , 2005

**IT IS SO ORDERED** this 10th day of June, 2005.

_____
Honorable Kent A. Jordan
United States District Court
District of Delaware