IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-01-KAJ |
| | ) | |
| DAIMYON GIBBS, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney David L. Hall as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

        COLM F. CONNOLLY
        United States Attorney

By: *Richard G. Andrews*
        Richard G. Andrews
        Assistant United States Attorney
        Nemours Building, #700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046
        richard.andrews2@usdoj.gov

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-01-KAJ |
| ) | |
| DAIMYON GIBBS, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on August 23, 2005, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

James F. Brose, Esquire
206 South Avenue
Media, PA   19063
jfbrose@juno.com

/s/ Sharon L. Bernardo