FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 SEP -2 PM 2:22

8/28/05

Dear,

    Honorable Judge Kent A. Jordon I'm writing concerning my PSI. I Have to go to Sentencing on Aug excuse me Sept 13, 05 A 11:30 A.m. I recently received my PSI on 8/16/05 I immediatly sent a letter to my lawyer on 8/22/05 since I only have 14 days to respond. I informed my lawyer in the letter that I would like to see him and discuss my PSI. I Receive a letter today on Aug 28, 05 informing me to send him a letter with my Specific problems with my PSI and Plea. He stated that He's going on vacation and wont be back until Labor Day. That exceeds my time to respond to my PSI and I have some concerns and corrections I need to Address. I don't want to be penalized and miss my opportunity to respond could you help me in this matter. Because I don't know if my lawyer informed the court and when he gets back my time to respond will be over. Could you please help me with this situation.

                Thank you,
                Daimyon Gibbs.

CC: File




Daimyon Gibbs
Salem County Correctional Facility
125 Cemetary RD
Woodstown NJ 08078

Honorable Kent A. Jordan
United States Courts
Federal Building, Lock Box #35
Wilmington, Delaware 19801-3588

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY