IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO.05-01 |
| DAMIEN GIBBS | : | |

DEFENDANT'S MOTION FOR CONTINUANCE

Damien Gibbs, by and through his attorney, James F. Brose, moves the court for the continuance of his sentencing, and in support thereof avers the following:

1. On June 10, 2005 defendant, Damian Gibbs, pled guilty to Count I of an information charging him with knowingly possessing with intent to distribute more than five grams of a mixture of cocaine base in violation of Title 21, U.S.C.A. §841(a) (1) and 841 (b)(1)(B).

2. By Order of the Honorable Kent A. Jordan, sentencing in the matter was scheduled for September 13, 2005.

3. On August 24, 2005, the day defense counsel left for summer vacation, he received a letter from Mr. Gibbs raising objections to the Presentence Report.

4. Upon his return from vacation and reviewing Mr. Gibbs' letter, defense counsel has identified a significant objection to the Presentence report. On September 8, 2005, defense counsel faxed a letter to Probation Officer Klingler alerting her to the objection.

5. Defense counsel has sought review of his objection by the United States Attorney's office, but the Assistant United

1

States Attorney who handled the plea negotiations, David Hall, Esq., has taken a medical leave of absence, and counsel who has replaced him, Richard Andrews, Esq., has not yet been able to confer with him on the issue.

6. Both defense counsel and the United States Attorney's Office request a continuance of the sentencing for an additional 30 days so that the matter in question can get the full attention and investigation it deserves.

WHEREFORE, the defendant respectfully requests that the Court grant this motion and enter an order for a thirty day continuance of the sentencing.

Respectfully Submitted,

_____
James F. Brose
206 South Avenue
Media, PA  19063
610-891-1989