IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO.05-01 |
| | : | |
| DAMIEN GIBBS | : | |

ORDER

AND NOW this _____ day of _____, 2005, it is hereby ORDERED that sentencing in this matter be continued from September 13, 2005 until _____ \_\_\_\_\_, 2005, at _____ o'clock _____.m., in Courtroom \_\_ \_\_\_\_\_, of the United States Courthouse, 844 King Street, Wilmington, Delaware.

By the Court:

_____
                                                                        J.