IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO.05-01 |
| | : | |
| DAMIEN GIBBS | : | |

ORDER

AND NOW this __9th__ day of __Sept.__, 2005, it is hereby ORDERED that sentencing in this matter be continued from September 13, 2005 until __October 11__, 2005, at __9:00__ o'clock __a__.m., in Courtroom __2A__, of the United States Courthouse, 844 King Street, Wilmington, Delaware.

By the Court,

_[signature]_
J.