```
                                    Daimyon A. Gibbs
                                    Reg.No. 04935-015
                                    USP Allenwood
                                    P.O. Box 3000
                                    White Deer, PA, 17887


                                    January 4, 2006
```

IN RE:   1:05-CR-00001-001



Clerk Of The Court
United States District Court
844 North King Street
Wilmington, DE - 19801


Dear Clerk Of The Court:

   Please let this letter serve as official notice of my intent to file pursuant to § 2255 a BOOKER, FANAN, and BLAKELY claim challenging the sentence imposed on the reference mentioned case.

   The brief on this matter is forthcoming and shall be provided within 15 days of this notice. I, further, respectfully request that this letter preserves my right to make claim of "actual innocence of sentence" after the January 12, 2006, dead line date.


                                    Respectfully Submitted,

                                    Daimyon A. Gibbs
                                    Daimyon A Gibbs

Daimyon Gibbs #04935-015
USP Allenwood
PO Box 3000
White Deer, PA 17887

HARRISBURG PA 171
05 JAN 2006 PM 2 T

Clerk of the Court
United States District Court
844 North King Street
Wilmingtong, DE - 19801