## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim. Action No. 05-00001 KAJ |
| | : | |
| DAIMYON GIBBS, | : | |
| | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of First Assistant United States Attorney Richard G. Andrews and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                    By:     /s/ David L. Hall
                             David L. Hall
                             Assistant United States Attorney

Dated: January 13, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim. Action No. 05-00001 KAJ |
| | : | |
| DAIMYON GIBBS, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 13, 2006, I electronically filed:

**SUBSTITUTION OF COUNSEL**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

James F. Brose, Esquire
206 South Avenue, Third Floor
Media, Pa. 19063


   /s/   Jennifer Brown
Jennifer Brown