IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAIMYON GIBBS,                    )
                                  )
            Petitioner,           )
                                  )
v.                                )   Civil Action No. 06-23-KAJ
                                  )   Criminal Action No. 05-01-KAJ
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

**O R D E R**

At Wilmington this 10th day of April, 2006, IT IS HEREBY ORDERED that, on or before May 10, 2006, the Government shall respond to Gibbs' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (D.I. 45.) Gibbs did not file his AEDPA election form.

                                                /s/ *[signature]*
                                           United States District Judge