IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAIMYON GIBBS,  )
    Petitioner  )
  ) Crim No: 1:05-cr-0000-01
Vs.  ) Crim No: 05-01
  ) Civil No: 06-23
  )
UNITED STATES OF AMERICA,  )
    Respondent  )
  )
_____  )

COMES NOW, the petitioner, Pro Se, with the following submissions in accompaniance to the petition filed in response to the Governments response to petition.

### STATEMENT

The petitioner states the following facts as argued by the government in their response motion.

1. James F. Brose, Esq., of Brose Law Firm, 206 South Avenue, Third Floor, Media PA 19063 was contacted via United States Postal Service within the mandated 10 days for the appeal process. No responses were provided.

2. To incomplete of the Sentencing Hearing were provided with discrepancies. Pages 2, 14, 16, and 19 were removed from the first packet prior to my receiving the package through the legal mail proceedings. The second package was missing pages 2, 16, and 19 prior to receipt through legal mail proceedings.

3. The failing to provide complete documents pertaining to direct appeal are grounds to permit the submission of the Title 28 U.S.C. §2255 as forwarded in this case.

## CONCLUSION

A 28 U.S.C. § 2255 is a legal right provided by congress to permit a petitioner the legal grounds to challenge the errors or procedures of the court. The Petitioner of this case states he is submitting these arguments for these.

Respectfully submitted this __10th__ day of __May__ in the year __2007__.

*Daimyon Gibbs*
Daimyon Gibbs
Reg. No. 04935-015
FCI FAIRTON
P.O. Box 420
Fairton, New Jersey
08320

## CERTIFICATE OF SERVICE

I do hereby certify under penalty of perjury that I have served a true and correct copy of the foregoing Addendum to the following parties via first class pre paid postage;

Office of the United States Attorney
Chase Manhattan Center
1201 Market
Suite 1100
Wilmington, DE 19899

This 10th day of May 2007

*Daimyon Gibbs*
Daimyon Gibbs
Reg. No. 04935-015
FCI FAIRTON
P.O. Box 420
Fairton, New Jersey
08320

Dainyon Gibbs
Reg. No. 04935-015
FCI Fairton
PO Box 420
Fairton, NJ 08320

SOUTH JERSEY NJ 080
11 MAY 2007 PM 2 L

The Honorable Judge Mary Thynge
Attn: Clerk of the Court
Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington DE 19801-3570