IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIMYON GIBBS, | : |
|     Movant/Defendant, | : |
| v. | : Civ. A. No. 06-23-JJF |
| | : Cr. A. No. 05-01-JJF |
| UNITED STATES OF AMERICA, | : |
|     Respondent/Plaintiff. | : |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED THAT:

    1. Movant Daimyon Gibbs' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**, and the relief requested therein is **DENIED**. (D.I. 45.)

    2. The Court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

Dated: March 5, 2008

                                              _[signature]_
                                              UNITED STATES DISTRICT JUDGE

FILED
MAR 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE