AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Daimyon A. Gibbs | ) Case No: 1:05-CR-00001-001 (JJF) |
| | ) USM No: 04935-015 |
| Date of Previous Judgment: August 13, 2005 | ) Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  121  months **is reduced to**  120  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 29             Amended Offense Level: 27
Criminal History Category: IV          Criminal History Category: IV
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 120 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.

  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  8/13/2005  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  June 4, 2008

Effective Date: _____
(if different from order date)

_____
Judge's signature

U.S. District Judge Joseph J. Farnan, Jr.
Printed name and title